RUSSIAN SOCIALIST FEDERATED SOVIET REPUBLIC, Appellant, *v.* JACQUES R. CIBRARIO et al., Respondents.

(Submitted March 5, 1923; decided June 12, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 235 N. Y. 255.)

---

WEAVER HARDWARE COMPANY, Plaintiff, *v.* MAX SOLOMOVITZ et al., Defendants, GEORGE H. STALKER et al., Appellants, and MERCHANTS BANK OF ROCHESTER, Respondent.

(Submitted June 5, 1923; decided June 12, 1923.)

Motion for re-argument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements payable to defendant Stalker. (See 235 N. Y. 321.)